People v Habeeb (2024 NY Slip Op 05763)

People v Habeeb

2024 NY Slip Op 05763

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, DELCONTE, AND HANNAH, JJ. (Filed Nov. 15, 2024.) 

MOTION NO. (910/19) KA 18-01888.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JERMAINE HABEEB, DEFENDANT-APPELLANT. (APPEAL NO. 1.)

MEMORANDUM AND ORDER Motion for writ of error coram nobis and summary reversal denied.